Drinker Biddle &
Reath LLP
Attorneys at Law
San Francisco

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| LOOKOUT, INC.<br><br>        Plaintiff,<br><br>v.<br><br>WINK LABS, INC.<br><br>        Defendant. | Case No. 4:18-cv-02192-HSG<br><br>**ORDER GRANTING DEFENDANT WINK LABS, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

Upon consideration of the request by Defendant WINK LABS, INC. for its counsel, Lora A. Brzezynski, to appear telephonically at the July 17, 2018 Case Management Conference, and for good cause shown, it is hereby **ORDERED** that counsel for Wink Labs, Inc. may appear telephonically at the July 17, 2018 for the Case Management Conference. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: July 11, 2018

Haywood S. Gilliam, Jr.
United States District Court