MICHAEL E. DERGOSITS (SBN 118206)
  email: mdergosits@dergnoah.com
IGOR SHOIKET (SBN 190066)
  email: ishoiket@dergnoah.com
BARBARA L. FRIEDMAN (SBN 208735)
  email: bfriedman@dergnoah.com
DERGOSITS & NOAH LLP
One Embarcadero Center, Suite 350
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 750-6383

Attorneys for Plaintiff
LOOKOUT, INC.


Irene M. Rizzi (SBN 303484)
DRINKER BIDDLE & REATH, LLP
50 Fremont St., 20th Floor
San Francisco, CA  94105
Telephone:     (415) 591-7500
Facsimile:     (415) 591-7510
Email:         irene.rizzi@dbr.com


Lora A. Brzezynski (admitted *pro hac vice*)
Mita K. Lakhia (admitted *pro hac vice*)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Ste. 1100
Washington, DC 20005-1209
Telephone:     (202) 230-5375
Facsimile:     (202) 842-8465
Email:         lora.brzezynski@dbr.com
Email:         mita.lakhia@dbr.com

Counsel for Defendant
WINK LABS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| LOOKOUT, INC. | **Civil Action No.:** 4:18-cv-02192-HSG |
| Plaintiff, | **STIPULATION AND [PROPOSED] CASE SCHEDULING ORDER** |
| v. | |
| WINK LABS, INC. | |
| Defendant. | |

The parties to the above-entitled action stipulate to the Case Schedule pursuant to Judge Haywood S. Gilliam, Jr.'s instructions at the Case Management Conference held on July 17, 2018, and Civil Local Rule 16-9.

| | |
|---|---|
| Deadline for amending the pleadings | October 8, 2018 |
| Close of all fact discovery | March 22, 2019 |
| Disclosures for expert witnesses by the party with the burden of proof | May 20, 2019 |
| Disclosures for rebuttal experts | June 24, 2019 |
| Close of Expert Discovery | July 22, 2019 |
| Last day to file dispositive motions | August 22, 2019 |
| Dispositive motions hearing | September 26, 2019, at 2:00 pm |
| Pretrial conference | January 7, 2020 |
| Trial | January 27, 2020, at 8:30 am |

Dated: July 23, 2018                    DERGOSITS & NOAH LLP

                                        By: /s/ Michael E. Dergosits

                                            Michael E. Dergosits
                                            Igor Shoiket
                                            Barbara L. Friedman
                                            Attorneys for Plaintiff
                                            LOOKOUT, INC.

Dated: July 23, 2018                    DRINKER BIDDLE & REATH, LLP

                                        By: /s/ Lora A. Brzezynski

                                            Lora A. Brzezynski (admitted *pro hac vice)*
                                            Mita K. Lakhia (admitted *pro hac vice*)
                                            Irene M. Rizzi
                                            Counsel for Wink Labs, Inc.

IT IS SO ORDERED.

Dated: 7/24/2018

                                        _____
                                        UNITED STATES DISTRICT JUDGE